**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | |
|---|---|
| **CORINE ELAT** | \* |
| *Plaintiff,* | \* |
| | \*  Case No.: RWT 11cv2931 |
| **v.** | \* |
| | \* |
| **FRANÇOIS NGOUBENE** *et al.* | \* |
| *Defendants.* | \* |

## ORDER

Upon consideration of Defendants' Motion to Quash Process and/or Dismiss Complaint [ECF No. 24], Defendants' Motion to Quash Process and/or Dismiss First Amended Complaint and Action of Replevin [ECF No. 33], and the arguments of counsel presented at the hearing conducted before the undersigned on May 14, 2012, it is, for the reasons stated in the record, this 16th day of May, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion to Quash Process and/or Dismiss Complaint [ECF No. 24] is **DENIED AS MOOT** due to the filing of the Amended Complaint; and it is further

**ORDERED**, Defendants' Motion to Quash Process and/or Dismiss First Amended Complaint and Action of Replevin [ECF No. 33] is **GRANTED**; and it is further

**ORDERED**, that process is **QUASHED** as to François Ngoubene, Marie-Thérèse Ngoubene, and Collins Ngoussmo on the basis of diplomatic immunity; and it is further

**ORDERED**, that Counts 1, 2, 3, 4, 5, 6, 7, 8, 9, 10, 11, 12, 15, 16, 17, 18, and the Replevin claim are **DISMISSED without prejudice** as to Defendant François Ngoubene; and it is further

**ORDERED**, that Counts 1, 2, 3, 4, 8, 9, 10, 11, 12, 16, 17, 18 and the Replevin claim are **DISMISSED without prejudice** as to Defendant Marie-Thérèse Ngoubene; and it is further

**ORDERED**, that Counts 12, 16, and 17 are **DISMISSED without prejudice** as to Defendant Collins Ngoussmo; and it is further

**ORDERED**, that Counts 2, 3, 9, 12, 13, 16 and 17 are **DISMISSED without prejudice** as to Defendant Caroline Ngoubene; and it is further

**ORDERED**, that Counts 3, 12, 14, 16 and 17 are **DISMISSED without prejudice** as to Defendant Roxane Ngoubene; and it is further

**ORDERED**, that Counts 3, 12, 16, and 17 are **DISMISSED without prejudice** as to Defendant Dany Ngoubene; and it is further

**ORDERED,** that Plaintiff is **GRANTED LEAVE** to file a second amended complaint in conformity with the oral opinion of this Court on or before **June 4, 2012**, against **only** the Defendants Caroline Ngoubene, Roxane Ngoubene and Dany Ngoubene, and **solely** with respect to Counts 2, 3, 9, 16, and 17.

/s/
ROGER W. TITUS
UNITED STATES DISTRICT JUDGE