**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

**CORINE ELAT**

*Plaintiff,*

v.   Case No.: RWT 11cv2931

**CAROLINE NGOUBENE** *et al.*

*Defendants.*

# ORDER

Upon consideration of Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 49], and the arguments of counsel presented at the hearing conducted before the undersigned on September 7, 2012, it is, for the reasons stated in the record, this 10th day of September, 2012, by the United States District Court for the District of Maryland,

**ORDERED**, that Defendants' Motion to Dismiss Plaintiff's Second Amended Complaint [ECF No. 49] is **DENIED**.

.

                                                  /s/
                                    ROGER W. TITUS
                         UNITED STATES DISTRICT JUDGE