**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
*Southern Division*

|  |  |
|---|---|
| | * |
| **CORINE ELAT,** | |
| | * |
| **Plaintiff,** | |
| | * |
| **v.** | **Case No.: PWG-11-2931** |
| | * |
| **CAROLINE RAISSA** | |
| **EMANDOPNGOUBENE,** *et al.*, | * |
| | * |
| **Defendants.** | |
| | * |

\*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*     \*

## ORDER

This order memorializes the fact that during the hearing held on March 15, 2013 the Court made a series of rulings, which are stated in the transcript which is incorporated herein by reference.  This order disposes of ECF Nos. 75, 84, 85, 92, and 93.

Although informal, this is an Order of the Court and shall be docketed as such.

Dated: <u>March 15, 2013</u>                              <u>            /S/            </u>
                                                                              Paul W. Grimm
                                                                              United States District Judge

adv